IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IAN TOEGAN,

                Petitioner,

        vs.

ROB JEFFREYS,

                Respondent.

**8:25CV632**

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner Ian Toegan's Petition for Writ of Habeas Corpus, Filing No. 1, brought pursuant to 28 U.S.C. § 2254 and filed on October 27, 2025. After initial review under Rule 4 of the *Rules Governing Section 2254 Cases in the United States District Courts*, the Court will dismiss the petition without prejudice because Petitioner has not exhausted his state court remedies.

## I.  BACKGROUND

Petitioner alleges he pleaded no contest to strangulation, a firearm charge, assault, and attempted murder of an unborn child and was sentenced on an unspecified date to 41 to 50 years' imprisonment in District Court of Lancaster County, Nebraska, Case No. CR23-1704. Filing No. 1 at 1. Petitioner appealed to the Nebraska Court of Appeals and raised an excessive sentence claim, and the appellate court summarily affirmed the lower court's judgment. *Id*. at 2. Petitioner did not seek further review by the Nebraska Supreme Court. *Id*. Petitioner indicates he filed a motion for postconviction relief in the state district court, but he does not provide any information about when he filed the motion or its result. *See Id*. at 3, 7–11.

According to Petitioner's state court records, available to this Court online, Petitioner entered his no contest pleas to an amended information on March 28, 2024, and was sentenced on May 7, 2024.[1]  Petitioner timely appealed, and the Nebraska Court of Appeals sustained the State's motion for summary affirmance on October 2, 2024, and the mandate issued on or about November 7, 2024.  Petitioner filed his motion for postconviction relief on September 23, 2025, and the state district court held a hearing on January 14, 2026, and took the matter under advisement.

In his habeas petition filed in this Court, Petitioner raises the excessive sentence claim he raised on direct appeal and three claims of ineffective assistance of trial counsel, which he alleges he has raised in his motion for postconviction relief.  *See Id.* *at 5*, *7–10*.

## II.  DISCUSSION

As set forth in 28 U.S.C. § 2254:

(b)(1) An application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court shall not be granted unless it appears that—

    (A)    the applicant has exhausted the remedies available in the courts of the State; or

    (B)    (i) there is an absence of available State corrective process; or

        (ii) circumstances exist that render such process ineffective to protect the rights of the applicant. . . .

---

[1] This Court has been afforded access to the computerized record keeping system (JUSTICE) for the Nebraska state courts.  The Court takes judicial notice of the state court records related to this case in *State v. Ian R Toegan*, No. CR23-1704, District Court of Lancaster County, Nebraska.  *See Stutzka v. McCarville, 420 F.3d 757, 760 n.2 (8th Cir. 2005)* (court may take judicial notice of judicial opinions and public records); Federal Rule of Evidence 201 (providing for judicial notice of adjudicative facts).  Nebraska's judicial records may be retrieved on-line through the JUSTICE site, https://www.nebraska.gov/justice/case.cgi.  A copy of the JUSTICE print-out for Petitioner's state case is attached to this Memorandum and Order.

> (c) An applicant shall not be deemed to have exhausted the remedies available in the courts of the State, within the meaning of this section, if he has the right under the law of the State to raise, by any available procedure, the question presented.

The United States Supreme Court has explained the habeas exhaustion requirement as follows:

> Because the exhaustion doctrine is designed to give the state courts a full and fair opportunity to resolve federal constitutional claims before those claims are presented to the federal courts . . . state prisoners must give the state courts one full opportunity to resolve any constitutional issues by invoking one complete round of the State's established appellate review process.

*O'Sullivan v. Boerckel*, 526 U.S. 838, 845 (1999).  A state prisoner must therefore "fairly present" the substance of each federal constitutional claim to the state courts before seeking federal habeas relief.  *Id.* at 844.  In Nebraska, "one complete round" ordinarily means that each § 2254 claim must have been presented in an appeal to the Nebraska Court of Appeals, and then in a petition for further review to the Nebraska Supreme Court if the Court of Appeals rules against the petitioner.  *See Akins v. Kenney*, 410 F.3d 451, 454–55 (8th Cir. 2005).

To be clear, exhaustion of available state postconviction relief is a necessary prerequisite to seeking federal habeas relief under 28 U.S.C. § 2254.  As explained in *Rose v. Lundy*, 455 U.S. 509, 520 (1982):

> [O]ur interpretation of §§ 2254(b), (c) provides a simple and clear instruction to potential litigants: before you bring any claims to federal court, be sure that you first have taken each one to state court.  Just as pro se petitioners have managed to use the federal habeas machinery, so too should they be able to master this straightforward exhaustion requirement.

Here, Petitioner's state court records clearly establish that Petitioner did not exhaust his available state court remedies *before* filing his habeas case in this forum.

3

As Petitioner's postconviction proceedings are currently pending in the state district court, Petitioner's petition for relief under 28 U.S.C. § 2254 is premature and subject to sua sponte dismissal by this Court. *Rose*, 455 U.S. at 520; *Akins*, 410 F.3d at 455.

Liberally construed, Petitioner's allegations that he exhausted his excessive sentence claim on direct appeal and his ineffective assistance claims have been raised in his pending state postconviction motion suggest his habeas petition is a "mixed" petition. "A 'mixed petition' is one where at least one claim is exhausted but another is unexhausted." *McLemore v. Frakes*, No. 8:18CV567, 2019 WL 2358433, at *3 n.2 (D. Neb. June 4, 2019). When faced with a mixed petition, district courts have four options available: dismiss the petition without prejudice, stay the petition pending the outcome of state proceedings under *Rhines v. Weber*, 544 U.S. 269 (2005), allow the petitioner to delete all unexhausted claims and proceed on the remainder, or—if the unexhausted claims are meritless—deny them under 28 U.S.C. § 2254(b)(2). *See Rhines*, 544 U.S. at 277–78.

Assuming that the habeas petition is a "mixed petition," the Court concludes a stay pursuant to *Rhines* would not be appropriate in this case as Petitioner's access to federal habeas review will not be prejudiced if this case is dismissed. The Nebraska Court of Appeals affirmed Petitioner's convictions and sentences on October 2, 2024, and his conviction became final 30 days later on November 1, 2024, when the time for seeking further review in the Nebraska Supreme Court expired. *See Gonzalez v. Thaler*, 565 U.S. 134, 150 (2012) (holding that, for a state prisoner who does not seek review in a State's highest court, the judgment becomes "final" for purposes of § 2244(d)(1)(A) on the date that the time for seeking such review expires); Neb. Ct. R.

4

App. P. § 2-102(F)(1) (stating that a petition for further review and memorandum brief in support must be filed within 30 days after the release of the opinion of the Court of Appeals or the entry of the order finally disposing of the appeal).  Petitioner filed his motion for postconviction relief 326 days later on September 23, 2025, and the motion remains pending in the state district court.

Pursuant to 28 U.S.C. § 2244(d)(2), the one-year statute of limitations period set forth in 28 U.S.C. § 2244(d)(1) is tolled "during [the time] which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending."  Thus, the one-year statute of limitations has not expired and is presently being tolled while Petitioner's state postconviction proceedings are pending.

Here, the state district court has not yet ruled on Petitioner's postconviction motion, and, if the court rules against him, Petitioner would be required to appeal the denial of his postconviction motion to the Nebraska state appellate courts in order to exhaust his state remedies.  By the Court's calculation, Petitioner will have 39 days remaining on his one-year federal habeas statute of limitations period to seek federal habeas relief after the conclusion of his state district court postconviction proceedings and any related postconviction appeal.  Thus, dismissing this federal habeas petition will not prejudice Petitioner's ability, upon exhaustion of his available state remedy, to re-file a timely petition for federal habeas review.

Based on the foregoing, the Court will dismiss Petitioner's habeas petition without prejudice for failure to exhaust available state postconviction remedies.

Lastly, a petitioner cannot appeal an adverse ruling on his petition for writ of habeas corpus under § 2254 unless he is granted a certificate of appealability. 28 U.S.C. § 2253(c)(1); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b)(1). The standards for certificates (1) where the district court reaches the merits or (2) where the district court rules on procedural grounds are set forth in *Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000). The Court has applied the appropriate standard and determined that Petitioner is not entitled to a certificate of appealability.

IT IS THEREFORE ORDERED that:

1. The petition for writ of habeas corpus, Filing No. 1, is dismissed without prejudice. No certificate of appealability has been or will be issued.

2. The Court will enter judgment by a separate document.


Dated this 20th day of January, 2026.


BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

▲**Official Nebraska Government Website**

# NEBRASKA.GOV

<span style="float:right">|▼</span>

All State Agencies | All State Services |



# Nebraska Judicial Branch

---

☐ Nebraska Courts Case Search

☐ Trial Case by Judgment     ☐ Trial Case by Name     ☐ Trial Case by Number     ☐ FAQ     ☐ Demo

---

## Case Summary

```
In the District Court of LANCASTER County
The Case ID is  CR 23 0001704
Citation No.: LB 0692800
                State v. Ian R Toegan
The Honorable Darla S Ideus, presiding.
Classification: Felony-Bindover
Filed on 12/19/2023       by the County Prosecutor
This case is Re-opened as of 09/23/2025
   It was disposed as
Original appearance date 01/17/2024 at 08:30
```

*Last visited Jan. 15, 2026*

---

## Parties/Attorneys to the Case

```
        Party                    Attorney
Plaintiff ACTIVE
   State of Nebraska
                            Christopher M Turner
                            Justice and Law Enforcement C
                            605 South 10th Street, 2nd Fl
                            Lincoln           NE 68508
                            402-441-7321

Defendant ACTIVE
   Ian R Toegan #218435          Self-Represented Litigant
   RTC - PO Box 22800
   Lincoln       NE 68542
Date of Birth is ████████   Drivers License is ████████ NE
Ian R Toegan #218435 owes  $161.18
```

## Offense Information

```
Count              Charge                   Offense Class
 01  Attempt of a class 1/1A/1B/1C/1D felony  ; Class 2 Felony
AMENDED TO...Attempt of a class 1/1A/1B/1C/1D felony  ; Class 2 Felony
        Offense Date is 10/27/2023
        Plea is  No Contest
        Finding is  Guilty
           Sentence includes:
                 Jail-Minimum Sentence
                         Start Date 05/07/2024
                         Term of  18 Years
                 Jail-Maximum Sentence
                         Start Date 05/07/2024
                         Term of  20 Years
                 Credit for Days Served
                         Term of  193 Days
                 Affirmed Decision
                         Start Date 11/07/2024
 02  Use firearm to commit a felony        ; Class 1C Felony
AMENDED TO...Assault-1st degree/pregnant woman      ; Class 1D Felony
        Offense Date is 10/27/2023
        Plea is  No Contest
        Finding is  Guilty
           Sentence includes:
                 Jail-Minimum Sentence
                         Start Date 05/07/2024
                         Term of  18 Years
                 Jail-Maximum Sentence
                         Start Date 05/07/2024
                         Term of  20 Years
 03  Assault of unborn child-1st degree       ; Class 2A Felony
AMENDED TO...Use deadly weapon to commit a felony  ; Class 2 Felony
        Offense Date is 10/27/2023
        Plea is  No Contest
        Finding is  Guilty
           Sentence includes:
                 Jail-Minimum Sentence
                         Start Date 05/07/2024
                         Term of  05 Years
                 Jail-Maximum Sentence
                         Start Date 05/07/2024
                         Term of  10 Years
 04  Assault-1st degree/pregnant woman       ; Class 1D Felony
AMENDED TO...Assault by Strangulation or suffocation  ; Class 3A Felony
        Offense Date is 10/27/2023
        Plea is  No Contest
        Finding is  Guilty
```

Last viewed Jan. 15, 2026

```
                    Sentence includes:
                         Jail-Minimum Sentence
                                   Start Date 05/07/2024
                                   Term of  02 Years
                         Jail-Maximum Sentence
                                   Start Date 05/07/2024
                                   Term of  03 Years
   05  Assault-2nd degree/pregnant woman      ; Class 2 Felony
AMENDED TO...Tamper with witness/informant/juror      ; Class 4 Felony
         Offense Date is 10/27/2023
         Plea is  No Contest
         Finding is  Guilty
              Sentence includes:
                         Jail-Minimum Sentence
                                   Start Date 05/07/2024
                                   Term of  01 Years
                         Jail-Maximum Sentence
                                   Start Date 05/07/2024
                                   Term of  02 Years
   06  Use deadly weapon to commit a felony   ; Class 2 Felony
AMENDED TO...Count dropped/dismissed                   ;
         Offense Date is 10/27/2023
   07  Assault by strang/suffo-preganant woman ; Class 3 Felony
AMENDED TO...Count dropped/dismissed                   ;
         Offense Date is 10/27/2023
   08  False imprisonment-1st degree          ; Class 3A Felony
AMENDED TO...Count dropped/dismissed                   ;
         Offense Date is 10/27/2023
   09  Use firearm to commit a felony         ; Class 1C Felony
AMENDED TO...Count dropped/dismissed                   ;
         Offense Date is 10/27/2023
   10  Terroristic threats                    ; Class 3A Felony
AMENDED TO...Count dropped/dismissed                   ;
         Offense Date is 10/27/2023
   11  Use firearm to commit a felony         ; Class 1C Felony
AMENDED TO...Count dropped/dismissed                   ;
         Offense Date is 10/27/2023
   12  Possess controlled substance          ; Class 4 Felony
AMENDED TO...Count dropped/dismissed                   ;
         Offense Date is 10/27/2023
   13  Tamper w/wit/inform pend cls 2 fel/high ; Class 2 Felony
AMENDED TO...Count dropped/dismissed                   ;
         Offense Date is 10/27/2023
```

## Arresting Officers

| Agency | Officer |
|--------|---------|

```
--------------------------------        --------------------------------
Lincoln Police Department              Ramsey
Lincoln Police Department              Aaron Baney
```

## Court Costs Information

| Incurred By | Account | Date | Amount |
|---|---|---|---|
| Plaintiff | Information | 01/10/2024 | $35.00 |
| Plaintiff | Automation Fee | 01/10/2024 | $8.00 |
| Plaintiff | NSC Education Fee | 01/10/2024 | $1.00 |
| Plaintiff | Dispute Resolution Fee | 01/10/2024 | $0.75 |
| Plaintiff | Indigent Defense Fee | 01/10/2024 | $3.00 |
| Plaintiff | Uniform Data Analysis Fee | 01/10/2024 | $1.00 |
| Plaintiff | J.R.F. | 01/10/2024 | $6.00 |
| Plaintiff | Filing Fee-JRF | 01/10/2024 | $7.00 |
| Plaintiff | Crime Victim Fund | 01/10/2024 | $1.00 |
| Plaintiff | Civil Legal Services Fund | 01/10/2024 | $1.00 |
| Plaintiff | L.E.I.F. | 01/10/2024 | $2.00 |
| Plaintiff | Legal Aid/Services Fund | 01/10/2024 | $6.25 |
| Defendant | Seal Cert/Auth Copies | 06/07/2024 | $1.00 |
| Plaintiff | Comp Rec/Records Management | 01/10/2024 | $15.00 |
| Plaintiff | County Court Fees | 12/20/2023 | $50.00 |
| Defendant | Bill of Exceptions | 06/17/2024 | $211.20 |
| Defendant | Sheriff's Fees | 05/13/2024 | $5.48 |
| Plaintiff | Service Fees | 01/10/2024 | $18.70 |
| Plaintiff | Sup Ct Filing Fee | 06/05/2024 | $130.00 |
| Defendant | Sup Ct Cost Bond | 06/05/2024 | $75.00 |

## Financial Activity

```
No trust money is held by the court
No fee money is held by the court
```

## Costs for Recovery

| Incurred By | Account | Date | Amount |
|---|---|---|---|
| Defendant | Information | 01/10/2024 | $35.00 |

| Defendant | Automation Fee | | 01/10/2024 | $8.00 |
|---|---|---|---|---|
| Defendant | NSC Education Fee | | 01/10/2024 | $1.00 |
| Defendant | Dispute Resolution Fee | | 01/10/2024 | $0.75 |
| Defendant | Indigent Defense Fee | | 01/10/2024 | $3.00 |
| Defendant | Uniform Data Analysis Fee | | 01/10/2024 | $1.00 |
| Defendant | J.R.F. | | 01/10/2024 | $6.00 |
| Defendant | Filing Fee-JRF | | 01/10/2024 | $7.00 |
| Defendant | Crime Victim Fund | | 01/10/2024 | $1.00 |
| Defendant | Civil Legal Services Fund | | 01/10/2024 | $1.00 |
| Defendant | L.E.I.F. | | 01/10/2024 | $2.00 |
| Defendant | Legal Aid/Services Fund | | 01/10/2024 | $6.25 |
| Defendant | Comp Rec/Records Management | | 01/10/2024 | $15.00 |
| Defendant | County Court Fees | | 12/20/2023 | $50.00 |
| Defendant | Sheriff's Fees | | 05/13/2024 | $5.48 |
| Defendant | Service Fees | | 01/10/2024 | $18.70 |

## Payments Made to the Court

| Receipt | Type | Date | For | Amount |
|---|---|---|---|---|
| 782837 | Direct Deposit | 12/12/2024 | State of Nebraska | $130.00 |
| | | | Sup Ct Filing Fee | $130.00 |
| 9113469 | Non-Monetary Rec | 11/07/2024 | Toegan,Ian,R,#218435 | $1.00 |
| | | | Seal Cert/Auth Copies | $1.00 |
| 770144 | Direct Deposit | 02/08/2024 | State of Nebraska | $36.00 |
| | | | Automation Fee | $8.00 |
| | | | NSC Education Fee | $1.00 |
| | | | Dispute Resolution Fee | $.75 |
| | | | Indigent Defense Fee | $3.00 |
| | | | Uniform Data Analysis | $1.00 |
| | | | J.R.F. | $6.00 |
| | | | Filing Fee-JRF | $7.00 |
| | | | Civil Legal Services F | $1.00 |
| | | | L.E.I.F. | $2.00 |
| | | | Legal Aid/Services Fun | $6.25 |

## Payments Made by the Court

| Check | Date | To | Amount |
|-------|------|-----|--------|
| 354482 | 12/12/2024 | Nebraska Supreme Court | $130.00 |

## Register of Actions

01/02/2026 Response
          This action initiated by party Ian R Toegan #218435
   Reply against motion to deny PCR        (DG)
         Image ID  002249660D02

12/16/2025 Notice-Hearing
          This action initiated by party State of Nebraska
  on State's Response and Motion to Deny Postconviction Relief    (ra)

     NOH 1-14-2025/1:30p/ZOOM
         Image ID  N25350D7MD02

12/14/2025 Motion Filed
          This action initiated by party State of Nebraska
  007- to deny postconviction relief and response    (DG)
         Image ID  N253482KXD02

10/09/2025 Judges Notes
         Image ID  D00760295D02

10/02/2025 Order
          This action initiated by Darla S Ideus
  RE; Motions. Motion for App Of Counsel is deferred until state respones t
  o motion for postcon relif. State given 60 days to Respond (BN) ECA
         Image ID  002242632D02

09/23/2025 Motion-Hearing
          This action initiated by party Ian R Toegan #218435
  006-Motion for Evidentiary Hearing and Appointment of Counsel   (kt)
         Image ID  002238156D02

Last visited Jan. 15, 2026

09/23/2025 Motion-Post Conviction Relief
           This action initiated by party Ian R Toegan #218435
    005-                                                        (kt)
           Image ID   002238159D02


12/13/2024 ***Shelter Number***
    (11219898)                                                 ac


11/07/2024 Order
           This action initiated by Darla S Ideus


    on spreading the mandate eNotice Certificate Attached
           Image ID   002200712D02


11/07/2024 Appellate Court Invoice
    A-24-425
           Image ID   D00731706D02


11/07/2024 Mandate
    Summarily affirmed; Costs taxed to Lancaster County ($130); A-24-425
           Image ID   D00731705D02


10/02/2024 Appellate Court Notice
    appellee's motion for summary affirmance is sustained, A-24-425
           Image ID   D00728619D02


06/25/2024 Certificate


    Sent BOE to Inmate at RTC                                  (AAM)
           Image ID   002187512D02


06/17/2024 eBOE Accepted
    eBOE accepted in Nebraska Court of Appeals
           Image ID   D00719084D02


06/17/2024 Bill of Exceptions Cost
           This action initiated by party Ian R Toegan #218435
    $211.20 PV851793 boe $171.60 & trans $39.60 Pam Krolikowski 6/17/24

06/17/2024 Bill of Exceptions
          This action initiated by party Ian R Toegan #218435
    VOLUME #      1  Verbatim                    (RJB)
    (Pages 1 to 44)
          Image ID  N24169UMCD02



06/07/2024 Transcript Acceptance Letter
    eTranscript accepted by the Clerk of the Nebraska Supreme Court.
    Case 24-000425.
          Image ID  D00718453D02


06/07/2024 Seal Cert/Auth Copies


06/07/2024 Transcript Issued
    Sent to Inmate at RTC                        (AAM)
          Image ID  D00718406D02


06/07/2024 Transcript
    Transcript Volume 1 of 1 sent electronically.


06/07/2024 Transcript Index


          Image ID  D00718405D02


06/06/2024 Appellate Court Letter of Acceptanc
    Court of Appeals Case Number: A-24-000425
          Image ID  D00718326D02


06/06/2024 Cert-Supreme Ct/Crt of Appls
          Image ID  D00718324D02


06/05/2024 Order-Proceed In Forma Pauperis
          This action initiated by Darla S Ideus
    & to Forward PSI - on Appeal                 (AAM) eNo
    tice Certificate Attached

Image ID  N24157CYED02


06/05/2024 Photocopy Made


Image ID  D00718147D02


06/05/2024 Poverty Affidavit
This action initiated by party Ian R Toegan #218435
(AAM)

Image ID  N24157CYID02


06/05/2024 Motion-Proceed in Forma Pauperis
This action initiated by party Ian R Toegan #218435
004 - on Appeal                                          (AAM)
Image ID  N24157CYHD02


06/05/2024 Motion Filed
This action initiated by party Ian R Toegan #218435
003 - to Forward PSI - on Appeal                         (AAM)
Image ID  N24157CYGD02


06/05/2024 Notice-Appeal to Crt of Appeals
This action initiated by party Ian R Toegan #218435
(AAM)

Image ID  N24157CYFD02


06/05/2024 Request-BOE
This action initiated by party Ian R Toegan #218435
(AAM)

Image ID  N24157CYDD02


06/05/2024 Request-Appeal Transcript
This action initiated by party Ian R Toegan #218435
(AAM)

Image ID  N24157CYCD02

06/05/2024 Abstract-Voter Reg/CR History

                                                              (eo)


05/13/2024 Return of Commitment
          The document number is 00715605

                                                              (eo)

          Served Dt Unknown
          Methd/Srvc Unknown on
Def lodged 5-7-24
          Image ID   002178929D02


05/07/2024 Commitment Issued on Ian R Toegan
          The document number is 00715605

                                                         (BN)

          Image ID   002179527D02



05/07/2024 Sentencing Order
          This action initiated by Darla S Ideus
   CT I 18 yr min 20 yr max CT II 18 yr min 20 yr max CT III 5 yr min 10 yr
   max CT IV 2 yr min 3 yr max CT V 1 yr min 2 yr max 193 dys credit (BN)
          Image ID   002179526D02


03/28/2024 Journal Entry
          This action initiated by Darla S Ideus
   Plead no contest, sentencing set for 5/7/24 at 8:30am #35      (JI) eNot
   ice Certificate Attached
          Image ID   N24088P3MD02


03/27/2024 Amended Information
          This action initiated by party State of Nebraska
   Jail                                                     (nc)
          Image ID   N24087KIUD02




03/05/2024 Order to Appear-eNotice
          This action initiated by Darla S Ideus
   EOP 3-28-24/10:00/#35                                    (RD)
   eNotice Certificate Attached
          Image ID   N24064GRSD02

02/26/2024 Order on Docket Call
            This action initiated by Darla S Ideus
    On 3/7/24 at 2:30pm via Zoom                        (JI)
            eNotice Certificate Attached
            Image ID  N24057H8KD02


02/16/2024 Order-Atty Fee/Reimburse Expense-eN
            This action initiated by Darla S Ideus
    $668.75  Seth Morris  PV56604 2/21/24                (sr)


    eNotice Certificate Attached
            Image ID  N24047FOID02


02/07/2024 Order-Appt Public Defender-eNotice
            This action initiated by Darla S Ideus
    Seth Morris given leave to w/draw as cnsl, Pub. Def appointed   (KB) eNo
    tice Certificate Attached
            Image ID  N2403897BD02


01/30/2024 Motion-Withdraw as Counsel
            This action initiated by Seth W Morris
    002- noh 1/31/24 @10 #35                             (BN)
            Image ID  N240304RRD02


01/17/2024 Motion-Discovery
            This action initiated by party Ian R Toegan #218435


    001- NOH 1-23-24/8:30                                (SK)
            Image ID  N24017FLRD02


01/10/2024 Return-Cover Sheet-Criminal
            The document number is 00705792
                                                        (JI)
            Served 01/10/2024
            Personal Service
            Image ID  N24010T0ED02


01/10/2024 Cover Sheet Issued on Ian R Toegan

The document number is 00705792

Image ID  D00705792D02

01/10/2024 Information

This action initiated by party State of Nebraska

(BN)

Image ID  N24010MAQD02

12/20/2023 Confidential Document *

This action initiated by party State of Nebraska

12/20/2023 Transcript-County Court

This action initiated by party State of Nebraska

Transcript received electronically.                    JS

Bond Set at $1,000,000%

Image ID  D00704440D02

## Judges Notes

01/10/2024

01-10-2024                              Reporter

Information For:

1. Attempt Murder of an Unborn Child, 1st degree    28-201(4)(A); FEL2

Penalty: 1 - 50 Yrs                                 28-391

2. Use of a Firearm to Commit a Felony              28-1205(1)(C) FEL1C

Penalty: Mand Min 5 - 50 Yrs; Plus Mand Consec

3. Assault of an Unborn Child, 1st degree           28-397 FEL2A

Penalty: 0-20 Yrs

4. Assault, 1st Degree on a Pregnant Woman          28-308; 28-115 FEL1D

Penalty: Mand Min 3 - 50 Yrs

5. Assault, 2nd Degree on a Pregnant Woman          28-309; 28-115 FEL2

Penalty: 1 - 50 Yrs

6. Use of a Deadly Weapon to Commit a Felony        28-1205(1)(B) FEL2

Penalty: 1 - 50 Yrs; Plus Mand Consec

7. Assault by Strangulation or Suffocation on a     28-310.01(1);

Pregnant Woman                                      28-115   FEL3

Penalty: 0-4 Yrs & 9-24 Mo PRS or $25,000, or both

8. False Imprisonment, 1st degree                   28-314 FEL3A

Penalty: 0-3 Yrs & 9-18 Mo PRS or $10,000, or both

9. Use of a Firearm to Commit a Felony              28-1205(1)(C)

```
Penalty: Mand Min 5 - 50 Yrs; Plus Mand Consec      FEL1C
10. Terroristic Threats                            28-311.01 FEL3A
Penalty: 0-3 Yrs & 9-18 Mo PRS or $10,000, or both
11. Use of a Firearm to Commit a Felony            28-1205(1)(C)
Penalty: Mand Min 5 - 50 Yrs; Plus Mand Consec      FEL1C
12. Possession of a Controlled Substance           28-416(3) FEL4
Penalty: 0-2 Yrs & 0-12 Mo PRS or $10,000, or both
13. Tampering with Witness or Informant            28-919(1)(3)(B)
Penalty: 1 - 50 Yrs                                FEL2
```

01/17/2024

01-17-2024 McManaman                    Reporter NR

Counsel & Defendant present. Defendant arraigned.  (kd)

01/23/2024

Ideus,Darla,S

Discovery is granted to all parties to the extent allowed by statute.
Compliance required within 14 days. Depositions may be taken by
defendant within 30 days at a time and place agreed upon by the
parties. Deft. to file Certificate of Completion. State reminded of
duty to disclose exculpatory matters. Discovery is reciprocal. (am)

02/05/2024

Ideus,Darla,S

M. Smith for the State. S. Morris with the defendant. S. Morris
request on the Motion to Withdraw is granted. The Lancaster County
Attorney's Office is appointed. J. Sieben appears from the Public
Defenders Office. Matter continued to jury docket call March 7, 2024,
at 2:30 p.m. (am)

02/07/2024

Ideus,Darla,S

For order appointing PD's office, see file.

02/16/2024

02-16-2024 Ideus                       Reporter

For order approving and awarding attorney fees, see file.

02/26/2024

Ideus

For Order regarding Docket Call, see file. (am)

03/05/2024

Ideus

For OTA for EOP on 3/28/24 at 10:00, see file.

03/27/2024

03-27-2024                             Reporter

Amended Information:

```
1. Attempt Murder of an Unborn Child, 1st degree
   28-201(4)(A);28-391       FEL2
   Penalty: 1 - 50 Yrs
2. Assault, 1st Degree on a Pregnant Woman
   28-308;28-115             FEL1D
   Penalty: Mand Min 3 - 50 Yrs
3. Use of a Deadly Weapon to Commit a Felony
```

     28-1205(1)(B)           FEL2
     Penalty: 1 - 50 Yrs; Plus Mand Consec
4. Assault by Strangulation or Suffocation
     28-310.01(1)           FEL3A
     Penalty: 0-3 Yrs & 9-18 Mo PRS or $10,000, or both
5. Tampering with Witness or Informant
     28-919(1)           FEL4
     Penalty: 0-2 Yrs & 0-12 Mo PRS or $10,000, or both

03/28/2024
Ideus,Darla,S
Defendant appears with counsel. Counsel for the State is present.
Defendant enters plea of no contest to the Amended Information. Plea is
accepted and defendant is found guilty.  Presentence investigation
requested. Bond is continued. Defendant ordered to appear for
sentencing on May 7, 2024, at 8:30 a.m.  For journal entry, see file.
(am)

05/07/2024
Ideus,Darla,S
Defendant appears with counsel. Counsel for the State is present.
Defendant is sentenced to the Nebraska Department of Corrections for 18
years no more than 20 years on Count 1; 18 years no more than 20 years
on Count II; 5 years no more than 10 years on Count III; 2 years no
more than 3 years on Count IV; 1 year no more than 2 years on Count V
and costs. Order of Sentence in file. GUILTYCT  (am)

06/05/2024
Ideus
For order to proceed IFP and forward PSI, see file.

11/07/2024
Ideus,Darla,S
For Order Spreading the Mandate, see file. (am)

10/02/2025
Ideus,Darla,S
For Order re Request For Postconviction Relief, see file. (am)

01/14/2026
Ideus,Darla,S
Hearing on state's response and motion to deny evidentiary hearing. C.
Turner for the State by Zoom. Defendant, pro se, by Zoom. Ex. 1-2
received. State's request that court take judicial notice of various
pleadings is granted. Argument heard and matter taken under advisement.

## Exhibit List

| Exhibit No. | Description | Ofrd Y/N | Rcvd Y/N | ***** BOE Pages ****** | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Mark | Ofrd Ruled | Found |
| 1 | Transcript | Y | Y | | | |
| 2 | Certified Judge's notes | Y | Y | | | |

Built and Maintained by Nebraska.gov
All State Agencies | All State Services

**Nebraska Judicial Branch**
http://www.supremecourt.ne.gov/
Email Us for Assistance.

Nebraska.gov
Contact Us: Support

Security, Accessibility, and Privacy Policies

Last visited Jan. 15, 2026